UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JERRY D. JOHNSTON** | **CIVIL ACTION NO. 20-0740** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFF JAY RUSSELL, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants' Motion for Summary Judgment, [Doc. No. 23], is **GRANTED** and that Plaintiff Jerry D. Johnston's claims are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies but **WITH PREJUDICE** for purposes of proceeding in forma pauperis under 28 U.S.C. § 1915.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Summary Judgment, [Doc. No. 17], is **DENIED**.

MONROE, LOUISIANA, this 19th day of July 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE